UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 29 2020
U.S. CLERK
EVANSVILLE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. |
|  | ) | 1:20-cr-288-JMS-DML |
| SEAN WRIGHT, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) Felon in Possession of Ammunition | 0-10 | $250,000 | NMT 3 years |

Dated: _____    _____
SEAN WRIGHT
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana