UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0288-JMS-DML |
| | ) | |
| SEAN WRIGHT, | ) | - 01 |
| Defendant. | ) | |

## COURTROOM MINUTE FOR NOVEMBER 17, 2020
## HONORABLE PAUL R. CHERRY, MAGISTRATE JUDGE

The parties appear for an initial appearance on the indictment filed on October 29, 2020. Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Peter Blackett. USPO was not present.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit previously approved.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **December 1, 2020**.

The Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (October 21, 2020) and Federal Rule of Criminal Procedure 5 require the Court to "issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such order under applicable law."

The holding in <u>Brady</u> prohibits "the suppression by the prosecution of evidence favorable to an accused" as a violation of due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87.

Accordingly, the Court hereby notifies, reminds and admonishes counsel of their obligations to fulfill these disclosure obligations as required by law in a timely and complete manner. Any failure to do so by Government counsel will subject the attorney(s) responsible for such a failure to the imposition of court-imposed, appropriate sanction(s).

Defendant waived formal arraignment and reading of the indictment on the record.

The defendant was brought before the Court on a Writ of Habeas Corpus Ad Prosequendum. Parties were instructed to bring the issue of pretrial detention/release to the attention of the Court if the issue becomes ripe.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated; 11/17/2020

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system