UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00288-JMS-DML |
| | ) | |
| SEAN WRIGHT | ) | |
| a/k/a MALIK WRIGHT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

This cause is hereby set for a final pretrial conference before Chief Judge Jane Magnus-Stinson on **January 8, 2021 at 9:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded to review the undersigned's Practices and Procedures, available at docket number [24].

Date: 11/19/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org